## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) INDICTMENT NO. **CR 1 2 0    0 9 1** |
| | ) |
| **v.** | ) **18 U.S.C. § 922(g)(1)** |
| | ) **Possession of Firearms by a** |
| **JONAH ROBERT SCHAFNER** | ) **Prohibited Person** |
| | ) |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about July 27, 2020, in Columbia County, within the Southern District

of Georgia, the defendant,

**JONAH ROBERT SCHAFNER,**

knowing he had been previously convicted of a crime punishable by imprisonment for

a term exceeding one year, did knowingly possess, in and affecting commerce, a

firearm, to wit, a Ruger .22 caliber revolver, which had been transported in interstate

and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).



## COUNT TWO
*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about September 2, 2020, in Columbia County, within the Southern District of Georgia, the defendant,

**JONAH ROBERT SCHAFNER,**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit, a Glock, model 43, .40 caliber handgun, a Glock, model 22, 40 caliber handgun, a Beretta 9 mm handgun, a Springfield Armory 9 mm handgun, and a DPMS 5.56 caliber rifle, each of which had been transported in interstate and foreign commerce.

# FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One, the defendant, **JONAH ROBERT SCHAFNER,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Ruger .22 caliber revolver, S/N 201-70138.

*(signatures follow on the next page)*

A True Bill.

_____
Bobby L. Christine
United States Attorney

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

_____
Henry W. Syms, Jr.
Assistant United States Attorney
Lead Counsel