AO 247 (Rev. 11/23) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

FILED U.S. DISTRICT COURT AUGUSTA DIV.
24 FEB 21  AM 10: 36
CLERK M. akiw
SO. DIST. OF GA.

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 1:20CR00091-1 |
| Jonah Robert Schafner | ) | |
| | ) | USM No: 13215-509 |
| Date of Original Judgment: March 9, 2021 | ) | |
| Date of Previous Amended Judgment: N/A | ) | Melissa C. Bray |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __108 months__ **is reduced to** __91 months*__.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

* This term consists of a term of 91 months as to each of Counts 1 and 2, to be served concurrently.

Except as otherwise provided, all provisions of the judgment dated __March 9, 2021__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 2/20/2024

Judge's signature

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
*Printed name and title*

Effective Date: _____
*(if different from order date)*